IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-377-FDW-DCK

| | |
|---|---|
| ANDREW COHEN, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| ZL TECHNOLOGIES, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) filed by Laura E. Conner, concerning James Wagstaffe on July 8, 2014. James Wagstaffe seeks to appear as counsel *pro hac vice* for Defendant ZL Technologies, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) is **GRANTED**. James Wagstaffe is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: July 9, 2014

David C. Keesler
United States Magistrate Judge